

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00810-CV

In the **INTEREST OF L.H.**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00997
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination terminating the parental rights of Rogelio Hernandez Jr. is AFFIRMED.

SIGNED April 2, 2014.

_____
Luz Elena D. Chapa, Justice